761 A.2d 540

Ted KIRSCH, as President and Guardian Ad Litem of the
Philadelphia Federation of Teachers and the Phila-
delphia Federation of Teachers, Petitioners,

v.

SCHOOL DISTRICT OF PHILADELPHIA, Pedro Ramos, Presi-
dent, Board of Education of the School District of Philadel-
phia, Dorothy Sumners Rush, Vice President of the Board of
Education of the School District of Philadelphia, Martin G.
Bednarek, the Reverend Ralph E. Blanks, Helen Cunningham,
Sandra Dunge Glenn, Christina James Brown, Michael Masch,
and Emilio Maticoli, Members of the Board of Education of
the School District of Philadelphia, Respondents.

Supreme Court of Pennsylvania.

Submitted on Briefs Oct. 2, 2000.

Decided Nov. 17, 2000.

Michelle F. Duggan, Harrisburg, for Amicus Curiae.

David A. Gaudioso, Sharon Hill, N. Michael Katz, Philadelphia, for Amicus Curiae, Joseph Rauscher.

Linda J. Shorey, John P. Krill, Harrisburg, for Amicus Curiae, Robert Jubelirer.

Howard L. Meyers, Philadelphia, for Amicus Curiae, Greater Philadelphia First and the Greater Philadelphia Chamber of Commerce.

Amy Louise Rosenberger, Philadelphia, David Strom, Washington, DC, for Amicus Curiae, representing American Federation of Teachers, AFL-CIO.

Michael Joseph Hanlon, Scott F. Cooper, Philadelphia, William H. Roberts, David F. Girard diCarlo, Philadelphia, Susan Jane Forney, Gregory R. Neuhauser, Harrisburg, for Intervenor.

Linda Marie Martin, Kimberly Neeb, Ralph J. Teti, Philadelphia, for Petitioner.

H. Thomas Felix, Howard D. Scher, Deborah R. Willig, Andrew M. Rosen, Philadelphia, for Respondent.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

AND NOW, this 17th day of November 2000, the Complaint for Declaratory and Injunctive Relief Pursuant to Section 27 of Act 46 of 1998 is hereby dismissed as moot.